UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH W. BURM, | ) |
| *Plaintiff & Counterclaim Defendant*, | ) Case No. 1:15-cv-13038-DLC |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| *Defendant & Counterclaim Plaintiff*, | ) |
| v. | ) |
| HARRY P. WEBSTER, | ) |
| *Counterclaim Defendant*. | ) |

**UNITED STATES' NOTICE SUPPLEMENTING ITS
MOTION TO PERMIT TESTIMONY BY PSEUDONYM**

The United States files this Notice to supplement its motion to permit testimony by Revenue Officer Patrick Dillon under a pseudonym (ECF No. 146). Although the motion was already granted, Mr. Webster is concerned that it may have implied that the motion was specific to Mr. Webster. The United States' motion was intended to make clear that Mr. Dillon generally performs his professional duties under a pseudonym because, at times, he is asked to work on matters unrelated to this case that involve individuals who could present a threat to his personal safety. He did not choose to use a pseudonym for the purpose of testifying in this case. The United States did not intend to imply or suggest that Mr. Dillon has any fear of reprisal from Mr. Webster specifically or that Mr. Dillon has chosen to use a pseudonym specifically for this matter. Mr. Dillon has represented to undersigned counsel that he has never met Mr. Webster. The government has no reason to believe Mr. Webster represents any kind of threat to Mr. Dillon

1

or to anyone else. To the extent the United States' motion may be read to imply otherwise, the United States apologizes to Mr. Webster for the misunderstanding.

The United States has discussed this matter with Mr. Webster and Mr. Webster has made clear that he has no objection to the testimony of Mr. Dillon under a pseudonym.

                                                                      Respectfully submitted,

/s/ *Ali Gadelhak*
ALI GADELHAK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
(202) 307-0854
Ali.Gadelhak@usdoj.gov

**Certificate of Service**

I hereby certify that on October 18, 2021, I served the foregoing document via the CM/ECF system, and via electronic mail to the following individuals:

Joseph Burm
Jwburm7@gmail.com

Harry Webster
Hwebster62@gmail.com

/s/ *Ali Gadelhak*
ALI GADELHAK
Trial Attorney, Tax Division